IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHERYL AUTIN, CAROL DIFFEE, and
ABIGAIL GIVHAN, On Behalf of
Themselves and All Others
Similarly Situated,

    Plaintiffs,

VS.                                                                  NO. 05-2213-Ma/An

SOLVAY PHARMACEUTICALS, INC.,
and HAROLD H. SHELVIN, Ph.D.,

    Defendants.

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

Before the court is the April 25, 2005 joint motion for extension of time to file a response to plaintiffs' amended complaint.

For good cause shown, the motion is granted. The defendants shall have additional time to and including May 9, 2005 within which to file their response.

It is so ORDERED this 27th day of April, 2005.

                                        SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-28-05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02213 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Nicole K. Wilson
THOMPSON HINE LLP
127 Public Square
Ste. 3900 Key Center
Cleveland, OH 44114

John S. Wilder
WILDER & SANDERS
108 E. Court Square
Somerville, TN 38068--143

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Reid Stewart
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Eric N. Roberson
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

James S. Robenalt
THOMPSON HINE LLP
127 Public  Square
Ste. 3900  Key Center
Cleveland, OH 44114

Patrick J. Mulligan
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Andrew S. Johnston
MINOR & JOHNSTON, P.C.
124 East Market Place
Somerville, TN 38068

Michael L. Hardy
THOMPSON HINE & FLORY LLP
127 Public Square
Cleveland, OH 44114

Jason H. Fox
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 36068

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Samuel Mays
US DISTRICT COURT