IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHERYL AUTIN, CAROL DIFFEE, and ABIGAIL GIVHAN, On Behalf of Themselves and All Others Similarly Situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | NO.: 05-2213-Ma-An |
| SOLVAY PHARMACEUTICALS, INC., and HAROLD H. SHELVIN, Ph.D., ) ) ) ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION FOR CONTINUANCE

Before the Court is the Joint Motion for Two Week Continuance of Deadline for Submitting a Joint Proposed Scheduling Order filed on April 26, 2005.

For good cause show, the Motion is **GRANTED**. The parties shall have up to and including **MAY 25, 2005** to submit a joint proposed Scheduling Order consistent with the Court's model Scheduling Order.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 04, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-4-05



UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02213 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

John S. Wilder
WILDER & SANDERS
108 E. Court Square
Somerville, TN 38068--143

Reid Stewart
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Patrick J. Mulligan
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Andrew S. Johnston
MINOR & JOHNSTON, P.C.
124 East Market Place
Somerville, TN 38068

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Nicole K. Wilson
THOMPSON HINE LLP
127 Public Square
Ste. 3900 Key Center
Cleveland, OH 44114

Jason H. Fox
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 36068

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

James S. Robenalt
THOMPSON HINE LLP
127 Public Square
Ste. 3900  Key Center
Cleveland, OH 44114

Eric N. Roberson
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Michael L. Hardy
THOMPSON HINE & FLORY LLP
127 Public Square
Cleveland, OH 44114

Honorable Samuel Mays
US DISTRICT COURT