IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -2 AM 8: 55

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

CHERYL AUTIN, CAROL DIFFEE, and
ABIGAIL GIVHAN, On Behalf of
Themselves and All Others
Similarly Situated,

   Plaintiffs,

VS.          NO. 05-2213-Ma/An

SOLVAY PHARMACEUTICALS, INC.,
and HAROLD H. SHELVIN, Ph.D.,

   Defendants.

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

  Before the court is the June 1, 2005 motion for admission *pro hac vice* of Michael L. Hardy. Mr. Hardy is a member in good standing of the bar of the State of Ohio and is admitted to practice before the United States District Court for the Northern District of Ohio. Mr. Hardy has obtained and is familiar with the local rules and professional guidelines of this court.

  For good cause shown, the motion is granted and Michael L. Hardy is admitted to participate in this action as counsel for Defendant Solvay Pharmaceuticals, Inc.

  IT IS SO ORDERED this 1st day of June, 2005.

              /s/ Samuel H. Mays, Jr.
              SAMUEL H. MAYS, JR.
              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CV-02213 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Reid Stewart
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Michael L. Hardy
THOMPSON HINE & FLORY LLP
127 Public Square
Cleveland, OH 44114

Eric N. Roberson
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Andrew S. Johnston
MINOR & JOHNSTON, P.C.
124 East Market Place
Somerville, TN 38068

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Patrick J. Mulligan
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James S. Robenalt
THOMPSON HINE LLP
127 Public Square
Ste. 3900 Key Center
Cleveland, OH 44114

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John S. Wilder
WILDER & SANDERS
108 E. Court Square
Somerville, TN 38068--143

Nicole K. Wilson
THOMPSON HINE LLP
127 Public Square
Ste. 3900 Key Center
Cleveland, OH 44114

Jason H. Fox
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 36068

Honorable Samuel Mays
US DISTRICT COURT