FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE  05 JUN -8  PM 4: 16
WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| CHERYL AUTIN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) NO.: 05-2213-Ma-An |
| | ) |
| SOLVAY PHARMACEUTICALS, INC., | ) |
| and HAROLD H. SHELVIN. Ph.D., | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE AND RE-SETTING SCHEDULING CONFERENCE

Pursuant to an Order Granting Motion for Continuance dated May 4, 2005, (D.E. #14) the scheduling conference originally set for May 4, 2005 was continued and the parties were given until May 25, 2005 to submit a joint proposed scheduling order.

On June 1, 2005, the parties notified the Court that they were unable to agree on a joint proposed scheduling order.

The Scheduling Conference is re-set for **TUESDAY, JUNE 21, 2005 at 2:15 p.m.** in Courtroom No. 934, 9th floor of the Federal Building, 167 N. Main, Memphis, Tennessee. Counsel for each party shall submit a proposed scheduling order at least 48 hours in advance of the Scheduling Conference. **All** counsel of record are required to appear in person at the Scheduling Conference.

Furthermore, all counsel shall be required to show cause why they should not be held in

1



This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 6-9-05

contempt for failing to prepare and submit the joint proposed scheduling order in a timely manner as required by the Order Granting Motion for Continuance.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: June 08, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CV-02213 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jason H. Fox
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 36068

Nicole K. Wilson
THOMPSON HINE LLP
127 Public Square
Ste. 3900 Key Center
Cleveland, OH 44114

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James S. Robenalt
THOMPSON HINE LLP
127 Public Square
Ste. 3900 Key Center
Cleveland, OH 44114

Andrew S. Johnston
MINOR & JOHNSTON, P.C.
124 East Market Place
Somerville, TN 38068

John S. Wilder
WILDER & SANDERS
108 E. Court Square
Somerville, TN 38068--143

Patrick J. Mulligan
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Michael L. Hardy
THOMPSON HINE & FLORY LLP
127 Public Square
Cleveland, OH 44114

Eric N. Roberson
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Reid Stewart
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Honorable Samuel Mays
US DISTRICT COURT