IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 JUN 15 PM 4:18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

CHARYL AUTIN, ET AL.,

    Plaintiffs,

VS.                                    NO. 05-2213-MaAn

SOLVAY PHARMACEUTICALS, INC., ET AL.,

    Defendants.

ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*

    Before the court are the June 14, 2005, motions for admission *pro hac vice* of Patrick J. Mulligan and Eric N. Roberson. Mr. Mulligan and Mr. Roberson are members in good standing of the bar of the state of Texas and are admitted to practice before the United States District Court for the Northern District of Texas. Mr. Mulligan and Mr. Roberson have obtained and are familiar with the local rules and professional guidelines of this court. For good cause shown, the motions are granted and Patrick J. Mulligan and Eric N. Roberson are admitted to participate in this action as counsel for plaintiffs.

    It is so ORDERED this 15th day of June, 2005.

                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-16-05

37

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CV-02213 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Eric N. Roberson
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Michael L. Hardy
THOMPSON HINE & FLORY LLP
127 Public Square
Cleveland, OH 44114

James S. Robenalt
THOMPSON HINE LLP
127 Public  Square
Ste. 3900  Key Center
Cleveland, OH 44114

Patrick J. Mulligan
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Jason H. Fox
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 36068

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John S. Wilder
WILDER & SANDERS
108 E. Court Square
Somerville, TN 38068--143

Reid Stewart
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Nicole K. Wilson
THOMPSON HINE LLP
127 Public Square
Ste. 3900 Key Center
Cleveland, OH 44114

Andrew S. Johnston
MINOR & JOHNSTON, P.C.
124 East Market Place
Somerville, TN 38068

Honorable Samuel Mays
US DISTRICT COURT