IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| CHARYL AUTIN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.   05-2213 Ma/An |
| | ) | |
| SOLVAY PHARMACEUTICALS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Counsel for the parties submitted a proposed 16(b) Scheduling Order to the Court that tied the establishment of certain pre-trial deadlines to rulings by the Court on pending Motions to Dismiss. However, after consultation with United States District Judge Samuel H. Mays, Jr., the Court concludes that counsel should submit a proposed Scheduling Order that contains pre-trial deadlines that are not tied to rulings on any pending motions.

Therefore, it is **ORDERED** that counsel shall confer and submit a joint proposed Scheduling Order by **WEDNESDAY, JULY 13, 2005** that sets forth pre-trial deadlines that are not tied or dependent on a ruling by the Court or any pending motion.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 30, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CV-02213 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jason H. Fox
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 36068

Nicole K. Wilson
THOMPSON HINE LLP
127 Public Square
Ste. 3900 Key Center
Cleveland, OH 44114

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

John S. Wilder
WILDER & SANDERS
108 E. Court Square
Somerville, TN 38068--143

Reid Stewart
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Eric N. Roberson
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Patrick J. Mulligan
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

James S. Robenalt
THOMPSON HINE LLP
127 Public Square
Ste. 3900 Key Center
Cleveland, OH 44114

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Andrew S. Johnston
MINOR & JOHNSTON, P.C.
124 East Market Place
Somerville, TN 38068

Michael L. Hardy
THOMPSON HINE & FLORY LLP
127 Public Square
Cleveland, OH 44114

Honorable Samuel Mays
US DISTRICT COURT