# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _AWP_ D.C

2005 JUL 19 PM 12: 13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| CHERYL AUTIN, CAROL DIFFEE, and ABIGAIN GIVHAN, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | NO.: 05-2213-Ma-An |
| SOLVAY PHARMACEUTICALS, INC., and HAROLD H. SHLEVIN, Ph.D., | ) ) ) | |
| Defendants. | ) | |

## ORDER SETTING TELEPHONE SCHEDULING CONFERENCE

Pursuant to an Order entered July 1, 2005, counsel were ordered to confer and submit a joint proposed Scheduling Order by Wednesday, July 12, 2005 that set forth pre-trial deadlines that were not tied or dependent on a ruling by the Court or any pending motion. Counsel submitted a proposed Scheduling Order which did not comply with the instructions of the Court.

The Court will hold a telephone conference on **WEDNESDAY, JULY 27, 2005 at 1:30 p.m.** regarding proposed deadlines which **all** counsel shall attend by telephone. Ms. Elizabeth Collins shall initiate the telephone conference call and insure that all parties are present prior to

1

dialing the chambers of the Court in Memphis, Tennessee at 901-495-1495.

**IT IS SO ORDERED.**

_S. Thomas Anderson_

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _July 18, 2005_

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:05-CV-02213 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Nicole K. Wilson
THOMPSON HINE LLP
127 Public Square
Ste. 3900 Key Center
Cleveland, OH 44114

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Andrew S. Johnston
MINOR & JOHNSTON, P.C.
124 East Market Place
Somerville, TN 38068

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Reid Stewart
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Michael L. Hardy
THOMPSON HINE & FLORY LLP
127 Public Square
Cleveland, OH 44114

John S. Wilder
WILDER & SANDERS
108 E. Court Square
Somerville, TN 38068--143

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Eric N. Roberson
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Jason H. Fox
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 36068

James S. Robenalt
THOMPSON HINE LLP
127 Public  Square
Ste. 3900  Key Center
Cleveland, OH 44114

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Patrick J. Mulligan
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219


Honorable Samuel Mays
US DISTRICT COURT