FILED BY /s/ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP 20 AM 10: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| CHERYL AUTIN, CAROL DIFFEE, and ABIGAIL GIVHAN, on behalf of themselves and others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>SOLVAY PHARMACEUTICALS, INC., and HAROLD H. SHELVIN, Ph.D,<br>            Defendants. | NO. 05-2213-M1/An |

## ORDER SETTING STATUS CONFERENCE

**IT IS ORDERED** that a telephone status conference in this matter should be held before United States Magistrate Judge S. Thomas Anderson on **THURSDAY, OCTOBER 20, 2005 at 10:00 A.M.** The purpose of the conference will be to ascertain the status of the application to transfer this matter to Multi-District Litigation and for the possible entry of a Scheduling Order.

Lead counsel or their designee for each party shall participate in the conference. Counsel for the Plaintiff shall initiate the conference call and shall insure that all counsel of record are on the telephone prior to dialing Judge Anderson's chambers in Jackson, Tennessee.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: September 19, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-20-05

59

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:05-CV-02213 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Reid Stewart
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Nicole K. Wilson
THOMPSON HINE LLP
127 Public Square
Ste. 3900 Key Center
Cleveland, OH 44114

Elizabeth T. Collins
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Andrew S. Johnston
MINOR & JOHNSTON, P.C.
124 East Market Place
Somerville, TN 38068

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jason H. Fox
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 36068

Eric N. Roberson
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John S. Wilder
WILDER & SANDERS
108 E. Court Square
Somerville, TN 38068--143

Michael L. Hardy
THOMPSON HINE & FLORY LLP
127 Public Square
Cleveland, OH 44114

Patrick J. Mulligan
LAW OFFICE OF PATRICK J. MULLIGAN, P.C.
2911 Turtle Creek Blvd.
Ste. 900
Dallas, TX 75219

James S. Robenalt
THOMPSON HINE LLP
127 Public Square
Ste. 3900 Key Center
Cleveland, OH 44114

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT