IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

|  |  |  |
|---|---|---|
| **CHERYL AUTIN, et al,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-2213 Ma/An |
| | ) | |
| **SOLVAY PHARMACEUTICALS, INC.,** | ) | |
| **and HAROLD H. SHLEVIN[1], Ph.D.,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

_____

**ORDER DENYING MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL-1507**
_____

On May 12, 2005, Plaintiffs Cheryl Autin, Carol Diffee, and Abigail Givhan, on behalf of themselves and others similarly situated (collectively, "the Plaintiffs") filed a motion to stay all proceedings pending transfer to MDL-1507. Defendant Solvay Pharmaceuticals Inc. ("Solvay") filed a motion in opposition on May 20, 2005. Defendant Harold H. Shlevin ("Shlevin") filed a motion in opposition on May 31, 2005. On October 19, 2005, the Judicial Panel on Mulitdistrict Litigation vacated their conditional transfer order and declined to transfer the case to MDL-1507. Because this case is not part of MDL-1507, the Plaintiffs' motion to stay is DENIED as moot.

---

[1] The Complaint incorrectly identified Defendant Shlevin as "Harold H. Shelvin."

So ORDERED this 30th day of March 2006.

_____
s/ SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE